IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01954-ZLW

ISAAC PERRY,

    Applicant,

v.

SARA M. REVELL, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER DENYING MOTION TO RECONSIDER

Applicant Isaac Perry has filed *pro se* on January 4, 2008, a letter to the Court in which he apparently asks the Court to reopen the instant action. The Court's Order of Dismissal and the Judgment were filed in this action on November 1, 2007. The Court must construe the request to reopen liberally because Mr. Perry is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the request will be construed liberally as a motion to reconsider. For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Perry's motion to reconsider, which was filed more than ten days after the Court's Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. See *Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice because Mr. Perry failed to cure the deficiencies. More specifically, Mr. Perry failed to submit a certified copy of his inmate trust fund account statement in support of his motion seeking leave to proceed *in forma pauperis*. Mr. Perry attaches to his January 4 letter that has been construed as a motion to reconsider a certified copy of his inmate trust fund account statement.

Mr. Perry's belated efforts to cure the deficiencies in this action do not justify a decision to vacate the order of dismissal. Therefore, the motion to reconsider will be denied. Mr. Perry is reminded that, because the Court dismissed the instant action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the request to reopen this action filed on January 4, 2008, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 9 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01954-BNB

Isaac Perry
Reg. No. 14337-056
FCI - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/10/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk